**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-1098-AP


WILDEARTH GUARDIANS,

      Plaintiff,

   v.

KEN SALAZAR, in his official capacity as
United States Secretary of the Interior,

      Defendant.

---

ORDER

---

     Upon consideration of the parties' joint stipulation for entry of a briefing schedule, the

Court finds good cause to adopt the stipulation as an order of the Court.

     NOW, THEREFORE, on or before February 1, 2010, Defendant/Respondent shall file a

brief in response to Plaintiff/Petitioner's Opening Brief on Petition for Review of Agency

Action.  On or before February 22, 2010, Plaintiff/Petitioner shall file its reply brief in support of

its Petition for Review of Agency Action.

     IT IS SO ORDERED

DATED:  December 18, 2009        ***s/John L. Kane***
                                  Hon. John L. Kane
                                  U. S. District Court Judge