IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01098-JLK-MEH

WILDEARTH GUARDIANS,

    Plaintiff,

v.

KEN SALAZAR, in his official capacity as United States Secretary of the Interior,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 23, 2010.**

    The Joint Motion to Vacate Settlement Conference [filed February 22, 2010; docket #21] is **granted**. The Settlement Conference currently scheduled for Wednesday, February 24, 2010, is **vacated**. The parties shall file dismissal papers with the Court on or before April 30, 2010.