**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-1098-AP

WILDEARTH GUARDIANS,

      Plaintiff,

  v.

KEN SALAZAR, in his official capacity as
United States Secretary of the Interior,

      Defendant.

---

## ORDER

---

     The terms and conditions of the Stipulated Settlement Agreement filed by Plaintiff

WildEarth Guardians and Defendant Ken Salazar, Secretary of the United States Department of

the Interior on March 24, 2010, are hereby adopted as an enforceable ORDER of this Court, and

this matter is hereby DISMISSED with prejudice.


DATED: March 24, 2010          ***s/John L. Kane*_____**
                                    Hon. John L. Kane
                                    U. S. District Court Judge